1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELEICO M. CARDONA,

        Plaintiff,

  v.

JAMES WALKER, et al.,

        Defendants.
_____/

No. C 09-03123 SBA (PR)

**ORDER OF TRANSFER**

      Plaintiff, a state prisoner, has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983. The acts complained of occurred at California State Prison - Sacramento, which is located in the Eastern District of California, and it appears that the Defendants reside in that district.  Venue, therefore, properly lies in that district and not in this one.  <u>See</u> 28 U.S.C. § 1391(b).

      Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court shall transfer the case forthwith.

      IT IS SO ORDERED.

DATED: <u>7/15/09</u>

                              _Saundra B Armstrong_
                              SAUNDRA BROWN ARMSTRONG
                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MELEICO M. CARDONA,

        Plaintiff,

  v.

WALKER et al,

        Defendant.

_____/

Case Number: CV09-03123 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Meleico M. Cardona C-49665
California State Prison - Sacramento
P.O. Box 29006
Represa, CA 95671

Dated: July 16, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

United States District Court
For the Northern District of California