IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELECIO M. CARDONA,

    Plaintiff,                  No. CIV S-09-1976 DAD P

    vs.

JAMES WALKER, et al.,         ORDER AND

    Defendants.            FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff's complaint was filed with the court on July 10, 2009. The court's own records reveal that on June 4, 2009, plaintiff filed a complaint containing virtually identical allegations against the same defendants. (No. Civ. S-09-1537 CMK P ).[1] Due to the duplicative nature of the present action, the court will recommend that the complaint be dismissed.

        IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action; and

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
card1976.23

2