IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELECIO M. CARDONA,

        Plaintiff,                    No. CIV S-09-1976 FCD DAD P

    vs.

JAMES WALKER, et al.,

        Defendants.            ORDER

_____/

        On November 13, 2009, plaintiff filed a document styled "Objection." Plaintiff's document is difficult to decipher. Therein, he states:

> On Nov 9, 2009 Plaintiff, a state prisoner in pro se, has file a objection to findings and recommendation were order within twenty day (20) Plaintiff herein request judge's analysis granted my request/with a extention.

Plaintiff is advised that this civil rights action was dismissed as duplicative and closed on November 3, 2009. Documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's November 13, 2009 document styled "Objection." is disregarded.

DATED: December 1, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
card1976.58